| | |
|---|---|
| 1 | PAUL BORDEN (CA SBN 111348) |
| 2 | ERIC A. TATE (CA SBN 178719) |
| | MORRISON & FOERSTER LLP |
| 3 | 425 Market Street |
| | San Francisco, California  94105-2482 |
| 4 | Telephone:   415.268.7000 |
| | Facsimile:   415.268.7522 |
| 5 | Email:        PBorden@mofo.com |
| | Email:        ETate@mofo.com |

Attorneys for Defendant
UAW NUMMI RETIREE SUPPLEMENTAL
HEALTH INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FERNANDEZ, | Case No.   CV 09 2488 CRB |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| UAW-NUMMI RETIREE SUPPLEMENTAL HEALTH INSURANCE PLAN, | [CIVIL L.R. 6-1] |
| Defendant. | Ctrm:   8, 19th Floor |
| | Judge:   Hon. Charles R. Breyer |
| | Date Action Filed: June 4, 2009 |
| | Trial: None Set |

Pursuant to Civil Local Rule 6-1, plaintiff Robert Fernandez and defendant UAW NUMMI Retiree Supplemental Health Insurance Plan ("UAW NUMMI") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed in this Court on June 4, 2009 at which time Plaintiff filed his Complaint for ERISA Benefits ("Complaint");

WHEREAS, UAW NUMMI was served with a Notice of Lawsuit and Request to Waive Service of Summons on June 9, 2009;

WHEREAS, UAW NUMMI served its Waiver of Service of Summons On Complaint on July 9, 2009;

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT
Case No. CV 09 2488 CRB
sf-2723163

1

1  WHEREAS, the deadline for UAW NUMMI to answer or otherwise respond to the
2  Complaint is August 8, 2009;

3  WHEREAS, the parties have agreed to an extension until September 11, 2009, for UAW
4  NUMMI to answer or otherwise respond to the Complaint;

5  WHEREAS, there have been no prior extensions of time to respond to the Complaint;

6  WHEREAS, an extension of time for UAW NUMMI to answer or otherwise respond to
7  the Complaint will not alter any other deadlines or events in this action;

8  Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the
9  parties, through their counsel, that UAW NUMMI shall have to and including
10 September 11, 2009, to answer or otherwise respond to the Complaint.

Dated: August 10, 2009

PAUL BORDEN
ERIC A. TATE
MORRISON & FOERSTER LLP

By: s/ Eric A. Tate
ERIC A. TATE

Attorneys for Defendant
UAW NUMMI RETIREE
SUPPLEMENTAL HEALTH
INSURANCE PLAN

Dated: August 10, 2009

LAW OFFICES OF
LAURENCE F. PADWAY

By: s/ Laurence F. Padway
LAURENCE F. PADWAY

Attorneys for Plaintiff
ROBERT FERNANDEZ

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT
Case No. CV 09 2488 CRB
sf-2723163

2